Shellie Lott, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH FRANKLIN FATHEREE,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendants. | Case No. 1:13-cv-01577-SKO<br><br>**STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS**<br><br>(Doc. 20) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS AND ZERO CENTS ($5,600.00) and COSTS in the amount of FOUR HUNDRED TWENTY-FIVE AND TWENTY-FOUR CENTS ($425.24). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses

1  is entered, the government will determine whether they are subject to any offset.

2      Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury
3  determines that Plaintiff does not owe a federal debt, then the government shall cause the payment
4  of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment
5  executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

6      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
7  attorney fees and expenses, and does not constitute an admission of liability on the part of
8  Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release
9  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
10 EAJA attorney fees and expenses in connection with this action.

11     This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
12 Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

14 Respectfully submitted,

15 Dated: June 11, 2015      */s/ Shellie Lott*
                                        SHELLIE LOTT
16                                      Attorney for Plaintiff

17                                      BENJAMIN B. WAGNER
18                                      United States Attorney
                                        DONNA L. CALVERT
19                                      Regional Chief Counsel

20 Date: June 11, 2015      */s/ Jean Turk*
                                        JEAN TURK (As authorized via email on 6/11/15)
21                                      Special Assistant United States Attorney

23                               **ORDER**

24     Pursuant to the parties' Stipulation, it is so ordered.

26 IT IS SO ORDERED.

27     Dated:  **June 26, 2015**                  **/s/ Sheila K. Oberto**
28                                           UNITED STATES MAGISTRATE JUDGE